No. 84–6649.   IN RE MAGEE.   Petition for writ of habeas corpus denied.

No. 84–1538.   FISHER ET AL. v. CITY OF BERKELEY, CALIFORNIA, ET AL.   Appeal from Sup. Ct. Cal.   Motions of California Association of Realtors and California Building Industry Association for leave to file briefs as *amici curiae* granted.   Probable jurisdiction noted limited to Question 1 presented by the statement as to jurisdiction.   Appeal as to Question 2 presented by the statement as to jurisdiction is dismissed for want of a substantial federal question.

No. 84–1580.   UNITED STATES v. INADI.   C. A. 3d Cir.   Certiorari granted.

No. 84–1586.   MALLEY ET AL. v. BRIGGS ET AL.   C. A. 1st Cir.   Certiorari granted.

No. 84–1531.   MICHIGAN v. JACKSON; and
No. 84–1539.   MICHIGAN v. BLADEL.   Sup. Ct. Mich.   Motions of respondents for leave to proceed *in forma pauperis* granted. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument.   Reported below: 421 Mich. 39, 365 N. W. 2d 56.

No. 84–1141.   HOLLAND ET AL. v. UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 84–1319.   DENSMORE v. CITY OF BOCA RATON, FLORIDA, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 84–1376.   GRIM HOTEL CO. ET AL. v. BROCK, SECRETARY OF LABOR, ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 84–1385.   WRIGHT v. PARKE, WARDEN.   C. A. 6th Cir. Certiorari denied.